UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES-GENERAL**

Case No. CV 10-9742–JVS (PLA)                                Date  March 11, 2011

Title:   Curtis Lee Cole, Jr. v. M. D. McDonald, Warden

---

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:            ATTORNEYS PRESENT FOR RESPONDENT:
            NONE                                                                        NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

On January 24, 2011, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. Petitioner was ordered to provide the Court with a copy of his state habeas petitions filed in the California courts with proof as to when the petitions were filed and file a status report in this Court informing the Court of his progress in exhausting his currently unexhausted claims in state court. The copy of the state habeas petitions and the status report were due **on or before February 24, 2011**. To date, neither petitioner's status report or a copy of the state habeas petitions have been filed with this Court. Accordingly, **no later than April 1, 2011, petitioner is ordered to show cause** why the stay on this action previously imposed by the Court should not be lifted. Filing the required status report and copy of the state habeas petitions with this Court and **strict** compliance with the additional requirements set forth in the Court's January 24, 2011, Order, shall be deemed compliance with this Order to Show Cause.



cc:      Curtis Lee Cole, Jr., Pro Se



Initials of Deputy Clerk____ch____