# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CURTIS LEE COLE, JR., | ) | No. CV 10-9742-JVS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.D. McDONALD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 23, 2012

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE